

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00065-CV

---

CURTIS BARLOW, APPELLANT

V.

ALDER RAY NASH, AMARILLO AMIGO HOMES, LLC,
AND FIRSTBANK SOUTHWEST, APPELLEES

---

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 110776-A-CV, Honorable Dee Johnson, Presiding

---

July 29, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Curtis Barlow, appeals from the trial court's *Final Judgment*. We previously abated this appeal and remanded the cause to the trial court to permit proceedings necessary to effectuate the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(C). Now pending before the Court is Barlow's unopposed motion requesting reinstatement of the cause and voluntary dismissal of the appeal.

The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion, reinstate the cause, and dismiss the appeal. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Barlow. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam